*TT*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the

RECEIVED

NOV 01 2017 *YJ*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

District of _____

Division _____

_____

Ola D. Dickens
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

State of Illinois
_____

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:17-cv-07897
Judge Rebecca R. Pallmeyer
Magistrate Judge Jeffrey T. Gilbert

Jury Trial: *(check one)* ☒ Yes ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ola D. Dickens |
| Address | 4328 N. 41st St. |
| | Milwaukee         Wi.         53216 |
| | *City*         *State*         *Zip Code* |
| County | Milwaukee |
| Telephone Number | 662-219-5158 |
| E-Mail Address | Oladickens.2017@gmail.com. |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | State of Illinois |
| Job or Title *(if known)* | |
| Address | |
| | *City*         *State*         *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*         *State*         *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Constitutional Rights under the 4th - 5th - 14th admendments

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Village of Hazel Crest P.D, Bedford Park, Pd. Illinois Attorney General, Illinois Governor's Office. Cook County Sheriff, are state Employees. DOJ - Federal Employees

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

See attachment

B.   What date and approximate time did the events giving rise to your claim(s) occur?

Sept. 2009 – present

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attachment

Statement of Claim

3 A) Where did the events giving rise to your claim(s) occur?

① While I was employed by Total Home Health Care Aug 2010 - Sept. 2012

② At my home in Hazel Crest IL. 16890 Park Ave. Sept 2009 - Sept 2015

③ Kankakee IL Sept 2015

④ Bradley IL Oct 2012

⑤ Cook County Jail Oct. 2012

⑥ Burnsville MN. Oct. 2015 - Feb. 2016

⑦ Goodman Ms. Feb 2016 - Sept 2016
⑧ Milwaukee Wis. - Sept 2016 - present
⑨ Wawatosa Wi. Sept 2016 - present at my place of employment. For. American Lending Solutions Wauwatosa public library



Statement of Claim (attachment)

(c) I have 2 Referrals for Whistle Blower protection, Related to the complaint I filed with the Illinois Attorney General and the Village of Hazel Crest Illinois P.d.

I have been victimized since 2012, by criminals using audio & Visual Satellite surveillance. to harass, threaten, Stalk and oppress me.

I have been subjected to all of the capabilities of these illegal surveillance Systems. audible, visual, data, Neurophones, visual harassment' laser systems

My victimization has happened every day of my life since 2010 until the present, as I file this lawsuit. I am being visually & audibally threatened & harassed. Anyone within my location hears. I have had to relocated many times since 2015.



My victimization originally started in the village of Hazel Crest Il. in 2009 by Canadian National Railway. I filed a report with the Hazel Crest P.D. Sts. John Gray. Deputy chief Malcolm White and Wayne Johnson were assigned to investigate.

I found myself homeless after being illegally evicted in 2015. I've had to move in with various family and friends. Since 2015, I have lived in Aurora Illinois, Sept 2015. I was in Kankakee Il. 2015. Bradley Il. 2012. Cook County jail. 2012. Burnsville Mp. Sept 2015 - Feb 2016 Goodman Ms. Feb. 2016 - Sept. 2017. Milwaukee Wi. Sept - 2016 - present Wauwatosa Wi. Library Staff + Guests.
The employees + clients + Visitors in the office building. I worked at for American Lending Solutions Sept. 2016 - Sept. 2017.
Lewis. Wells Fargo Rep., who boarded up my home.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I have been victimized Since Sept. 2009, until the present. I have been under illegal visual and audio surveillance for 24 hours every day. I am under severe stress. I have stress related disorders, including. Sleep deprevation and some memory loss. I am in need of medical exams and dental work. I have not been able to have because of this surveillance. / SEE attachment

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am asking the court to stop the illegal surveillance and to hold all Parties accountable, to the fullest extend of the law. My victimization is a direct result of complaints I filed with the Illinois attorney General # 381-743. The Hazelcrest Pd. the DOJ and The Illinois Govenor's Office # 558602, 595762, Cook County Sheriff case # MI 2015 0115. My complaints were ignored + not investigated. I also contacted the FBI, but My victimization has not stopped. See attachment

Relief Sought (attachment)

1. I was set up in a situation in Oct. 2012. by the Hazel Crest PD & Bedford Park Il. PD. I was arrested in Nov of 2012 on a warrant for failing to appear in court. I was not able to attend court because I was held in Bradley Il. at a hotel, against my will, under threats to my life. I was jailed in Cook County jail from Oct 26, 2012 - Nov. 9, 2012. Then Released, case dismissed, no probable cause.

2. There have been many attacks on my life. I filed complaints with the Illinois Attorney General and the Illinois Governor's office.

3. In Sept of 2012, I had to Resign my employment at Total Home Health Care, in Elgin Il. I am a Respiratory Care Practitioner. My yearly income was $51,000. I am not able to work in this profession

(2)

(Relief Sought) attachment any longer, because of the constant harrasment, surveillance, noise & threats.

4. In Sept. 8, 2015 I was illegally evicted from my home. None of the foreclosure docs. were signed or filed. I lost most of my personal possessions. 6

5. Due to the constant unbearable noise & threats. I have to keep moving because the family members that I live with have children and they are subjected to my victimization as well as their privacy in their homes being violated. The communities that I live in are exposed to this unbearable noise & Vulgar language. I am not able to obtain my Vown housing.

③

Relief Sought - attachment

6. I am asking the court to award me actual & punitive damages in the amt. of
In 2010 home value at = $120,000
yearly salary as RCP = $51,000
personal property loss = $10,000
loss of Income $51,000 x 5 yrs = $255,000

actual damages = $385,000
punitive damages = $3,850,000 x 5 years = $19,250,000. due to the state failure to protect me for the last 5 years

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Oct. 30, 2017* *11/1/2017*

Signature of Plaintiff *Ola D. Dickens*

Printed Name of Plaintiff *OlA D. DicKENS*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

     *City*   *State*  *Zip Code*

Telephone Number _____

E-mail Address _____

Page 6 of 6



## OFFICE OF EXECUTIVE INSPECTOR GENERAL
### FOR THE AGENCIES OF THE ILLINOIS GOVERNOR

69 WEST WASHINGTON STREET, SUITE 3400
CHICAGO, ILLINOIS 60602
(312) 814-5600

### REFERRAL

December 4, 2014

Ola Dickens
16890 Park Avenue
Hazel Crest, IL 60429

**Re: OEIG Complaint #14-02307**

Dear Ms. Dickens:

Upon review of your complaint, the Office of Executive Inspector General has determined that the nature of your allegation is such that it is more appropriately addressed by the Office of the Attorney General Executive Inspector General. The OEIG works closely with other inspectors general and agency investigators where necessary to ensure the matter is appropriately addressed. Therefore, we have referred your complaint to that office.

Please be aware that there are stringent "whistle blower" protections provided in the State Officials and Employees Ethics Act (5 ILCS 430/15-5) that prohibit retaliation against those who make good faith allegations of misconduct.

Pursuant to Illinois Statute and Administrative Order, complaints, files and reports of the Office of Executive Inspector General are confidential and may not be disclosed. Any such disclosure could impede an investigation and thereby interfere with the enforcement of the law. (5 ILCS 430/20-90(b); 5 ILCS 430/20-95 (D); Administrative Order 6, §I (B)(2)(a)). If you have any questions regarding non-disclosure of confidential information, please feel free to contact our office.

Sincerely,

Ricardo Meza
Executive Inspector General

By: _____
Antoinette A. Kwateng
Deputy Inspector General
Complaints & Compliance Division



## OFFICE OF EXECUTIVE INSPECTOR GENERAL
### FOR THE AGENCIES OF THE ILLINOIS GOVERNOR

69 WEST WASHINGTON STREET, SUITE 3400
CHICAGO, ILLINOIS 60602
(312) 814-5600

### REFERRAL

October 9, 2014

Ola Dickens
16890 Park Ave.
Hazel Crest, IL 60429

Re: Complaint # 14-01806

Dear Ms. Dickens:

Upon review of your complaint, the Office of Executive Inspector General has determined that the nature of your allegations is such that it is more appropriately addressed by the Office of the Attorney General. The OEIG works closely with other inspectors general and agency investigators where necessary to ensure the matter is appropriately addressed. Therefore, we have referred your complaint to that office.

Please be aware that there are stringent "whistle blower" protections provided in the State Officials and Employees Ethics Act (5 ILCS 430/15-5) that prohibit retaliation against those who make good faith allegations of misconduct.

Pursuant to Illinois Statute and Administrative Order, complaints, files and reports of the Office of Executive Inspector General are confidential and may not be disclosed. Any such disclosure could impede an investigation and thereby interfere with the enforcement of the law. (5 ILCS 430/20-90(b); 5 ILCS 430/20-95 (D); Administrative Order 6, §I (B)(2)(a)). If you have any questions regarding non-disclosure of confidential information, please feel free to contact our office.

Sincerely,
Ricardo Meza
Executive Inspector General

By: _____
Antoinette A. Kwateng
Deputy Inspector General
Complaints & Compliance Division